| DOCUMENTS UNDER SEAL ☐ | | | TOTAL TIME (mins): 59 Mins | |
|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK<br>Ivy L. Garcia | | REPORTER/FTR<br>FTR: 6/6/08 | 1:16:05-1:50:48<br>2:04:41-2:07:08<br>3:11:27-3:33:10 |
| MAGISTRATE JUDGE<br>HON. WAYNE D. BRAZIL | DATE<br>6/6/08 | | NEW CASE<br>☐ | CASE NUMBER<br>4-08-70330-WDB |

### APPEARANCES

| DEFENDANT<br>MABELLE DE LA ROSA DANN | AGE | CUST<br>Yes | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Jerome Matthews | PD. ☒ RET. ☐<br>APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY<br>Maureen Bessette | | INTERPRETER<br>Angela Zawadski (Spanish Int.) | | ☐ FIN. AFFT<br>SUBMITTED | ☐ COUNSEL APPT'D |
| PROBATION OFFICER<br>None | PRETRIAL SERVICES OFFICER<br>Victoria Gibson | | | DEF ELIGIBLE FOR<br>APPT'D COUNSEL ☐ | PARTIAL PAYMENT ☐<br>OF CJA FEES |

### PROCEEDINGS SCHEDULED TO OCCUR

| ☒ INITIAL APPEAR<br>37 Mins HELD | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS |
|---|---|---|---|---|
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☒ BOND HEARING<br>22 Mins HELD | ☐ INITIAL APPEAR<br>REV PROB OR S/R | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

### INITIAL APPEARANCE

| ☒ ADVISED<br>OF RIGHTS<br>6/6/08 | ☒ ADVISED<br>OF CHARGES<br>6/6/08 | ☐ NAME AS CHARGED<br>IS TRUE NAME | ☐ TRUE NAME: | |

**FILED  JUN 6 - 2008**

### ARRAIGNMENT

| ☐ ARRAIGNED ON<br>INFORMATION | ☐ ARRAIGNED ON<br>INDICTMENT | ☐ READING WAIVED<br>SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

### RELEASE

| ☐ RELEASED<br>ON O/R | ☒ ISSUED<br>APPEARANCE BOND | AMT OF SECURITY<br>$ 250,000 PR<br>UNSECURED | SPECIAL NOTES | ☐ PASSPORT<br>SURRENDERED<br>DATE: |
|---|---|---|---|---|
| PROPERTY TO BE POSTED<br>☐ CASH $ | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ |

| ☒ MOTION<br>FOR<br>DETENTION | ☐ PRETRIAL<br>SERVICES<br>REPORT | ☐ DETAINED | ☒ RELEASED | ☐ DETENTION HEARING<br>AND FORMAL FINDINGS<br>WAIVED | ☐ REMANDED<br>TO CUSTODY |

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| ☐ CONSENT<br>ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE<br>REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT<br>FILED | OTHER: |

### CONTINUANCE

| TO:<br>6/9/08 | ☒ ATTY APPT<br>HEARING | ☐ BOND HEARING SET | ☐ STATUS RE:<br>CONSENT | ☒ STATUS /<br>~~TRIAL SET~~ |
|---|---|---|---|---|
| AT:<br>10:00 a.m. | ☐ SUBMIT FINAN.<br>AFFIDAVIT | ☒ PRELIMINARY<br>HEARING OR<br>ARRAIGN-<br>MENT | ☐ CHANGE OF<br>PLEA | ☐ OTHER |
| BEFORE HON.<br>WAYNE D. BRAZIL | ☐ DETENTION<br>HEARING | | ☐ MOTIONS | ☐ JUDGMENT &<br>SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE<br>UNDER 18 § USC<br>3161 | ☐ IDENTITY /<br>REMOVAL<br>HEARING | ☐ PRETRIAL<br>CONFERENCE | ☐ PROB/SUP REV.<br>HEARING |

### ADDITIONAL PROCEEDINGS

The govt's atty. moved to unseal the Criminal Complaint & Affidavit - motion GRANTED. The govt's atty. moved for the detention of the deft. & presented her proffer to the Court why the deft. should be detained as a flight risk. The deft's atty. told Court that she's going to check on the possibility as to whether she can afford to retain her own atty. The Court agreed to release the deft. on a $250,000 PR Unsecured Bond which was co-signed by the deft's brother as her custodian & surety.                                                    DOCUMENT NUMBER:
cc: WDB's Stats