DOCUMENTS UNDER SEAL ☐

| | | TOTAL TIME (mins): 10 Mins |
|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK | REPORTER/FTR |
| | Ivy L. Garcia | FTR: 6/9/08 11:07:00-11:17:35 |
| MAGISTRATE JUDGE HON. WAYNE D. BRAZIL | DATE 6/9/08 | NEW CASE ☐ | CASE NUMBER 4-08-70330-WDB |

### APPEARANCES

| DEFENDANT MABELLE DE LA ROSA DANN | AGE | CUST No | P/NP P | ATTORNEY FOR DEFENDANT Jerome Matthews | PD. ☒  RET. ☐ APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY Maureen Bessette | INTERPRETER (Spanish) ANGELA ZAWADSKI | | | FIN. AFFT SUBMITTED ☒ | COUNSEL APPT'D ☒ ASSIGNED DIST. JUDGE MAY... |
| PROBATION OFFICER None | PRETRIAL SERVICES OFFICER Carol Mendoza | | | DEF ELIGIBLE FOR APPT'D COUNSEL ☒ | PARTIAL PAYMENT ☒ OF CJA FEES AT THE END OF DEFT'S CASE |

### PROCEEDINGS SCHEDULED TO OCCUR

| | | | |
|---|---|---|---|
| ☐ INITIAL APPEAR | ☒ PRELIM HRG DATE SET | ☐ MOTION | ☐ JUGM'T & SENTG | ☒ STATUS 8 Mins. HELD |
| ☐ I.D. COUNSEL | ☒ ARRAIGNMENT DATE SET | ☐ BOND HEARING | ☐ INITIAL APPEAR REV PROB OR S/R | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☒ ATTY APPT HEARING 2 Mins HELD |

### INITIAL APPEARANCE

| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME |
|---|---|---|---|

**FILED**
**JUN 9 - 2008**

### ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

### RELEASE

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|
| PROPERTY TO BE POSTED ☐ CASH  $ | | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ | |

| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

| ORDER REMOVED TO THE DISTRICT OF |
|---|

### PLEA

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO: 6/13/08 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ STATUS / TRIAL SET |
|---|---|---|---|---|
| AT: 10:00 a.m. | ☐ SUBMIT FINAN. AFFIDAVIT | ☒ PRELIMINARY HEARING OR ARRAIGN- MENT | ☐ CHANGE OF PLEA | ☐ OTHER |
| BEFORE HON. WAYNE D. BRAZIL | ☐ DETENTION HEARING | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

### ADDITIONAL PROCEEDINGS

Based on the deft's fin. affidavit, the deft. has assets (real estate) & owns stocks from Bee Vocal Co. While they're not readily convertible to cash right now, they presumably can be used to contribute toward the cost of her defense. The Court apptd. AFPD J. Matthews to represent the deft. with the understanding that this Court recommends that at the end of deft's case, the assigned District Judge determine what amount, if any, the deft. should contribute to the cost of her defense. Per deft's atty's request, the Court added this condition on the deft that she must not sell her real estate property without prior Order from this Court. The Peruvian Passport of the deft. seized by the gov't. was expired and the deft. confirmed on the record that at the present time, she does not have a valid Peruvian Passport.

cc: WDB's Stats, Pretrial, Financial