AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
☐ SUPERSEDING

**OFFENSE CHARGED**

8 U.S.C. § 1324(a)(1)(A)(iii) and (B)(i) – Harboring an Illegal Alien for the Purpose of Private Financial Gain

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**
Maximum of 10 years imprisonment, 3 years supervised release, $250,000 fine, and $100 special assessment.

E-filing

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED
JUN 1 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**DEFENDANT - U.S.**
► MABELLE DE LA ROSA DANN

**DISTRICT COURT NUMBER**
CR08-390 CW

---

**PROCEEDING**
Name of Complaintant Agency, or Person (&Title, if any)

Immigration and Customs Enforcement

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ►

SHOW DOCKET NO.

MAGISTRATE CASE NO.
4-08-70330WDB

Name and Office of Person Furnishing Information on THIS FORM
JOSEPH P. RUSSONIELLO
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  ANDREW S. HUANG, AUSA

---

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ► _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State
If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No   } If "Yes" give date filed _____

DATE OF ARREST ► _____  Month/Day/Year
Or... If Arresting Agency & Warrant were not
DATE TRANSFERRED ► _____  Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time: _____
Before Judge: _____

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: OAKLAND

E-filing    CR08-390    CW

UNITED STATES OF AMERICA,

V.

MABELLE DE LA ROSA DANN
a/k/a MABELLE DE LA ROSA CRABBE,

DEFENDANT(S).

---

# INDICTMENT

8 U.S.C. § 1324(a)(1)(A)(iii) and (B)(i) – Harboring an Illegal Alien for the Purpose of Private Financial Gain

FILED
JUN 11 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

_____  6-11-08
A true bill.

_____  Foreman

Filed in open court this __11__ day of
JUNE 2008.

NO PROCESS
_____  Clerk

Bail, $ _____

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3
4                                  E-filing
5
6
7
8                        UNITED STATES DISTRICT COURT
9                      NORTHERN DISTRICT OF CALIFORNIA
10                              OAKLAND DIVISION

11  UNITED STATES OF AMERICA,            )   CR 08-390 CW
                                         )
12         Plaintiff,                    )
                                         )   VIOLATIONS:
13                                       )   8 U.S.C. §§ 1324(a)(1)(A)(iii) and (B)(i) –
           v.                            )   Harboring an Illegal Alien for the Purpose of
14                                       )   Private Financial Gain
    MABELLE DE LA ROSA DANN              )
15  a/k/a MABELLE DE LA ROSA CRABBE,     )   OAKLAND VENUE
                                         )
16         Defendant.                    )
                                         )
17  _____)

18                                  INDICTMENT

19  The Grand Jury charges:

20  COUNT ONE: (8 U.S.C. §§ 1324(a)(1)(A)(iii) and (B)(i) – Harboring an Illegal Alien for

21  Purpose of Private Financial Gain)

22         Beginning on or about July 27, 2006 and continuing to on or about April 16, 2008, in the

23  Northern District of California and elsewhere, the defendant,

24                          MABELLE DE LA ROSA DANN,

25  knowing and in reckless disregard of the fact that alien Z.P.C. had come to, entered, and

26  remained in the United States in violation of law, did conceal, harbor, and shield from detection,

27  and did attempt to conceal, harbor, and shield from detection, such alien in buildings and other

28  places, for the purpose of private financial gain, in violation of Title 8, United States Code,

INDICTMENT

1 | Sections 1324(a)(1)(A)(iii) and (B)(i).

3 | DATED: 6-11-08                                     A TRUE BILL

                                                        _____
                                                        FOREPERSON

6 | JOSEPH P. RUSSONIELLO
    United States Attorney

    _____
    W. Douglas Sprague
    Chief, Oakland Branch

11 | (Approved as to form: _____)
                            AUSA HUANG

INDICTMENT