UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

**The Honorable Claudia Wilken, Presiding**
**Clerk: Sheilah Cahill**
**Court Reporter: Raynee Mercado**
**Date:** 6/25/08

**Plaintiff:**   United States

**v.**                                                     **No.**  CR-08-00390 CW

**Defendant:**   Mabelle De La Rose Dann (present)


**Appearances for Plaintiff:**
Andrew Huang and Maureen Bessette

**Appearances for Defendant:**
Jerome Matthews

**Interpreter:**
Carol Glasser (Spanish - sworn)

**Probation Officer:**


**Speedy Trial Date:**


**Hearing:   Trial Setting**

**Notes:**     This was the defendant's first appearance before District Judge.  Defense has not yet received discovery.  Government will produce A file and copy of hard-drive next week.  Government needs to give whatever discovery it can as soon as it can.  **Case continued to 8/6/08 at 2:30 p.m. for motions setting or trial setting or disposition.**  Time excluded for effective preparation and continuity of counsel.  If filing motions, counsel can stipulate to briefing schedule and hearing date and vacate 8/6.

Copies to: Chambers