UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

**The Honorable Claudia Wilken, Presiding**
**Clerk: Sheilah Cahill**
**Court Reporter: Raynee Mercado**
**Date: 8/6/08**

**Plaintiff:**  United States

**v.**                                               **No.**  CR-08-00390

**Defendant:**  Mabelle De La Rosa Dann


**Appearances for Plaintiff:**
Andy Huang

**Appearances for Defendant:**
Jerome Matthews

**Interpreter:**
Monique Inciarte (Spanish - sworn)

**Probation Officer:**


**Speedy Trial Date:**


   **Hearing:  Motions Setting or Trial Setting or Disposition**

**Notes:**    Case involves substance material and there is additional discovery for defense to view.  **Case continued to 9/3/08 at 2:30 p.m. for disposition or trial setting or motions setting.**  If defense determines there will be motions, parties can agree on briefing schedule and hearing date and vacate 9/3.  Time excluded for effective preparation.

Copies to: Chambers