UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

**The Honorable Claudia Wilken, Presiding**
**Clerk: Sheilah Cahill**
**Court Reporter: Starr Wilson (pro tem)**
**Date: 9/3/08**

**Plaintiff:** United States

**v.**                                                    **No.** CR-08-00390 CW

**Defendant:** Mabelle De La Rosa Dann (present)


**Appearances for Plaintiff:**
Andy Huang

**Appearances for Defendant:**
Jerome Matthews

**Interpreter:**
Defendant did not need interpreter for today's proceeding

**Probation Officer:**


**Speedy Trial Date:**


        **Hearing:  Motions Setting or Trial Setting or Disposition**

**Notes:**    Defense has some discovery and has requested additional discovery.  **Case continued to 10/1/08 at 2:30 p.m. for motions setting or trial setting or disposition.**  Time excluded for effective preparation.

Copies to: Chambers