1  BARRY J. PORTMAN
   Federal Public Defender
2  JEROME E. MATTHEWS
   Assistant Federal Public Defender
3  555-12th Street
   Suite 650
4  Oakland, CA 94607
   510-637-3500
5
   Counsel for Defendant MABELLE DANN
6

7

8
                     IN THE UNITED STATES DISTRICT COURT
9
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11 UNITED STATES OF AMERICA,        )
                                    )   No. CR 08-00390 CW [WDB]
12                Plaintiff,        )
                                    )   **STIPULATION AND ORDER**
13      v.                          )   **MODIFYING RELEASE**
                                    )   **CONDITIONS**
14 MABELLE DANN,                    )
                                    )
15                Defendant.        )
                                    )
16

17      Mabelle Dann wishes to travel to Los Angeles, California, this weekend to visit a friend.  She

18 is fully compliant with the conditions of her release.  For these reasons, IT IS STIPULATED AND

19 AGREED that the conditions of Mabelle Dann's travel be modified to permit her to travel to the

20 Central District of California, leaving Saturday, December 13, 2008, and returning Sunday,

21 December 14, 2008.  Ms. Dann shall provide her itinerary to Pretrial Services and shall abide by

22 such other conditions as Pretrial Services deems appropriate.

23 //

24 //

25 //

26 //

STIP/ORDER

1        SO STIPULATED.

                                                       /S/

3  Dated: December 10, 2008          _____
                                    MAUREEN BESSETTE
4                                   Assistant United States Attorney

                                                       /S/

6  Dated: December 10, 2008          _____
                                    JEROME E. MATTHEWS
7                                   Assistant Federal Public Defender

                                                       /S/

10 Dated: December 10, 2008          _____
                                    HENCE WILLIAMS
11                                  Pretrial Services Officer

13 I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

16    Good cause appearing therefor, IT IS ORDERED that Mabelle Dann's release conditions be modified to permit her to travel to the Central District of California on the terms set forth in the foregoing stipulation. Ms. Dann shall provide her itinerary to Pretrial Services and shall abide by such other conditions as Pretrial Services deems appropriate.

22 Dated: December <u>10</u> , 2008          _____
                                    WAYNE D. BRAZIL
23                                  United States Magistrate Judge

STIP/ORDER